UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY EVANS,

                                              Case No. 18-cv-12631

        Plaintiff,

                                              Paul D. Borman

v.                                            United States District Judge

CANAL STREET BREWING CO., LLC,
d/b/a Founders Brewing Company,

        Defendants.

_____/

NOTICE OF SCHEDULING CONFERENCE OR FILING OF RULE 26 PLAN

You are hereby scheduled to appear on **October 23, 2018 at 4:00 p.m. (unless a plan is filed)** in the Courtroom of the Honorable Paul D. Borman, 737, U.S. District Courthouse, 231 W. Lafayette, Detroit, Michigan for a scheduling conference on the above case.

**The Court strongly encourages the parties to prepare the joint discovery plan. When this is prepared and electronically filed prior to the date noticed, the scheduling conference will be cancelled and counsel should not appear. A scheduling order will automatically be issued by the Court upon receipt of the filed plan.**

The Discovery plan should be docketed on or before **October 22, 2018.**

Prior to the date of the scheduling conference, Plaintiff is to convene a meeting with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed.R.Civ.P. 26(f).

The joint discovery plan should be electronically filed and cover the topics required by the rule **and those listed below.**

1. A brief summary of the case and issues;

2. Subject matter jurisdiction;

3. Relationship, if any, to other cases;

4. Amount of time necessary for the discovery process - generally 6 to 9 months from the date of filing is allowed by the Court;

5. Necessity of amendments to pleadings, additional parties, third-party complaints, expert testimony, etc.;

6. Anticipated motions;

7. Use of Case Evaluation (see L.R. 16.3 re: sanctions) or other methods of alternate dispute resolution.

Please note the following:

Corporate affiliations: Counsel should complete and electronically file, where appropriate, the Disclosure of Corporate Affiliations form.

Case evaluation: If the parties consent to State Case Evaluation, the parties must file a stipulation to that effect.

Discovery: Counsel should commence the discovery process immediately and not wait for receipt of the scheduling order. Parties are bound by Fed.R.Civ.P. 30(d)(2) concerning depositions and Fed.R.Civ.P. 33(a) limiting the number of interrogatories.

Font size and page limits: Please make note of the requirements of E.D. LR 5.1 and 7.1. **<u>Judge Borman prefers 14 point Times New Roman font.</u>**

CERTIFICATE OF SERVICE

Copies of this Notice were served on the parties and/or attorneys of record by electronic means or U.S. Mail on September 18, 2018.

                                                       s/Deborah Tofil
                                                      Case Manager
                                                      (313) 234-5122