UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY EVANS,

                Plaintiff,                Case No. 18-12631

v.                                          Paul D. Borman
                                             United States District Judge

CANAL STREET BREWING
CO., LLC, d/b/a FOUNDERS               Elizabeth A. Stafford
BREWING COMPANY,                       United States Magistrate Judge

                Defendant.
_____/

## ORDER REQUIRING CANAL STREET BREWING CO., LLC TO DISCLOSE ITS INDIVIDUAL MEMBERS

The Court orders Defendant Canal Street Brewing Co., LLC ("Canal Street") to submit to the Court, on or before October 11, 2018, the identities of each individual member of Canal Street. In the event that any member is a partnership or a limited liability company, Canal Street shall further identify the individual members of each of those entities. Canal Street may submit this information either in an email to the Court's case manager, Deborah Tofil, deborah_tofil@mied.uscourts.gov, or in a hard copy delivered to the Court. This information need not be filed on the Court's docket.

2

IT IS SO ORDERED.

_____

Paul D. Borman

United States District Judge

Dated: SEP 2 8 2018

2