UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tracy Evans,

                      Plaintiff(s),

v.                                            Case No. 2:18−cv−12631−PDB−EAS
                                                        Hon. Paul D. Borman

Canal Street Brewing Co., LLC,

                      Defendant(s),

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 101.  The following motion(s) are ***rescheduled*** for hearing:

Motion for Partial Summary Judgment − #15

- MOTION HEARING:  March 14, 2019 at 02:30 PM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/D Tofil
                                                       Case Manager

Dated:   January 25, 2019