# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRACY EVANS,

                    Plaintiff,

Case No. 18-cv-12631

Paul D. Borman
United States District Judge

v.

Elizabeth A. Stafford
United States Magistrate Judge

CANAL STREET BREWING CO., LLC
d/b/a FOUNDERS BREWING COMPANY,

                    Defendant.

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

It is **ORDERED** that the following motion is referred to United States

Magistrate Judge Elizabeth A. Stafford for hearing and determination pursuant to

28 U.S.C. § 636(b)(1)(A):

•     Plaintiff's Motion for Leave to Extend Scheduling Order Deadlines (ECF No. 32)

Dated:  October 21, 2019                s/Paul D. Borman_____
                                        Paul D. Borman
                                        United States District Judge