UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TRACY EVANS,**

                                          Case No. 2:18-cv-12631

        Plaintiff,

v.                                    Hon. Paul D. Borman

**CANAL STREET BREWING CO., L.L.C.**
d/b/a **FOUNDERS BREWING COMPANY,**

        Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tracy Evans and Defendant Canal Street Brewing Company, LLC stipulate that this action shall be dismissed in its entirety, with prejudice, and with each party to bear its own costs and fees.

Date:    November 1, 2019            Respectfully submitted,

By: _/s/ Jack W. Schultz w/permission_    By: _/s/ Patrick M. Edsenga_
Jack W. Schulz (P78078)              Patrick Edsenga (P74593)
SCHULZ GOTHAM PLC              MILLER JOHNSON
Attorney for Plaintiff              Attorney for Defendant
PO Box 44855                   45 Ottawa Avenue, SW, Suite 1100
Detroit, MI 48244              P.O. Box 306
(313) 246-3590                Grand Rapids. MI 49501-0306
jackwschulz@gmail.com         (616)831-1700
                                   edsengap@millerjohnson.com

## **ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED.


Date: _____, 2019     _____
                                  Honorable Paul D. Borman
                                  United States District Court Judge



### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. first class mail for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.


Date:  November 1, 2019          By:   */s/  Patrick M. Edsenga*
                                 Patrick Edsenga (P74593)
                                 45 Ottawa Avenue, S.W., Suite 1100
                                 PO Box 306
                                 Grand Rapids, MI 49501-0306
                                 (616) 831-1713

MJ_DMS 31235672v1 20178-111