UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY EVANS,

                                    Case No. 18-cv-12631

                                    Paul D. Borman
            Plaintiff,               United States District Judge

v.

CANAL STREET BREWING CO., L.L.C.    Elizabeth A. Stafford
d/b/a FOUNDERS BREWING COMPANY,    United States Magistrate Judge

            Defendant.
_____/

## ORDER OF DISMISSAL

On November 1, 2019, a Stipulation of Dismissal with Prejudice was entered in this case with each party to bear his or its own attorney's fees and costs. (ECF No. 34) Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice with each party to bear his or its own attorney's fees and costs

Dated: November 1, 2019                s/Paul D. Borman
                                                             Paul D. Borman
                                                             United States District Judge